# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hammond, Mary E. | US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 4/24/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE (FULL-TIME) | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

280 S. FIRST ST
COURTROOM 3035
SAN JOSE, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | PRO Unlimited, temp job |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KEYPOINT CREDIT UNION CHECKING | | None | K | T | | | | | |
| 2. KEYPOINT CREDIT UNION SAVINGS | A | Interest | J | T | | | | | |
| 3. ALLY BANK SAVINGS ACCOUNT | B | Interest | M | T | | | | | |
| 4. FIDELITY TRUST ACCOUNT (H) | | | | | | | | | |
| 5. FIDELITY MUNICIPAL MONEY MARKET | A | Dividend | J | T | | | | | |
| 6. AAPL (COMMON) | D | Dividend | O | T | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 9. COLUMBIA ACORN CLASS I | A | Dividend | | | Sold | 08/03/20 | K | D | |
| 10. FIDELITY MID CAP STOCK | A | Dividend | K | T | Buy | 08/04/20 | K | | |
| 11. FIDELITY VALUE | A | Dividend | K | T | | | | | |
| 12. MERIDIAN CONTRARIAN FUND LEGACY (MVALX) | A | Dividend | K | T | | | | | |
| 13. IRA #2 (H) | | | | | | | | | |
| 14. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 15. FIDELITY REAL ESTATE INVESTMENT | B | Dividend | K | T | | | | | |
| 16. RBC MICROCAP VALUE FUND INSTL CLASS (RMVIX) | B | Dividend | K | T | | | | | |
| 17. FIDELITY 500 INDEX FUND | A | Dividend | K | T | Buy | 03/18/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   IRA #3 (H) | | | | | | | | | |
| 19.   FIDELITY CANADA | A | Dividend | K | T | | | | | |
| 20.   FIDELITY 500 INDEX FUND | D | Dividend | N | T | Buy (add'l) | 03/09/20 | J | | |
| 21. | | | | | Buy (add'l) | 05/26/20 | L | | |
| 22.   FIDELITY MID CAP STOCK | C | Dividend | L | T | | | | | |
| 23.   FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 24.   FIDELITY STOCK SELECTOR LARGE CAP VALUE | A | Dividend | K | T | | | | | |
| 25.   FIDELITY MID CAP VALUE | D | Dividend | | | Sold | 05/26/20 | L | C | |
| 26.   FIDELITY LOW PRICED STOCK | D | Dividend | M | T | | | | | |
| 27.   FIDELITY SELECT TELECOM | C | Dividend | K | T | Buy (add'l) | 05/28/20 | J | | |
| 28.   FMI INTERNATIONAL | | None | L | T | | | | | |
| 29.   JANUS HENDERSON SMALL CAP VALUE T | A | Dividend | L | T | | | | | |
| 30.   JANUS HENDERSON GL LIFE SCIENCES (JAGLX) | C | Dividend | K | T | Buy (add'l) | 05/27/20 | J | | |
| 31.   MATTHEWS INDIA FUND | | None | | | Sold | 04/13/20 | K | A | |
| 32.   FIDELITY TOTAL BOND | B | Dividend | K | T | | | | | |
| 33.   FIDELITY STRATEGIC INCOME | C | Dividend | L | T | | | | | |
| 34.   FIDELITY REAL ESTATE INVESTMENT | C | Dividend | L | T | Buy (add'l) | 04/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hammond, Mary E.** | 4/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BNY MELLON SMALLCAP STOCK | D | Dividend | L | T | | | | | |
| 36. FIDELITY MSCI HEALTH CARE INDEX ETF (FHLC) | A | Dividend | K | T | Buy (add'l) | 05/27/20 | J | | |
| 37. IRA #4 (H) | | | | | | | | | |
| 38. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 39. DODGE & COX STOCK | B | Dividend | K | T | | | | | |
| 40. BNY MELLON SMALLCAP STOCK | B | Dividend | K | T | | | | | |
| 41. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | K | T | | | | | |
| 42. FIDELITY MID CAP STOCK | A | Dividend | J | T | | | | | |
| 43. FIDELITY VALUE | A | Dividend | L | T | | | | | |
| 44. MERIDIAN CONTRARIAN FUND LEGACY | A | Dividend | K | T | | | | | |
| 45. FIDELITY CONTRAFUND | E | Dividend | M | T | | | | | |
| 46. FIDELITY STRATEGIC DIVIDEND & INCOME | D | Dividend | M | T | | | | | |
| 47. FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 48. IRA #5 (H) | | | | | | | | | |
| 49. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 50. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | J | T | | | | | |
| 51. IRA #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FIDELITY 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 53. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 54. LINCOLN BENEFIT LIFE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL #1 | D | Interest | M | T | | | | | |
| 55. LINCOLN BENEFIT LIFE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL #2 | C | Interest | L | T | | | | | |
| 56. UTAH EDUCATIONAL SAVINGS PLAN AGE BASED AGGRESSIVE GLOBAL #1 | C | Dividend | M | T | | | | | |
| 57. UTAH EDUCATIONAL SAVINGS PLAN AGE BASED AGGRESSIVE GLOBAL #2 | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 4/24/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544